IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **RANDALL L. HAMPTON,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF JACKSON, TENNESSEE,**<br><br>Defendant. | No. 1:11-cv-01386-JDB-egb<br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW all parties to this action and inform the Court that Plaintiff Randall L. Hampton desires to dismiss his case without prejudice, and that Defendant City of Jackson, Tennessee has no opposition. Therefore, pursuant to Rule 41(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action against Defendant City of Jackson, Tennessee, without prejudice. Counsel for the parties in this matter have signed a stipulation showing that all parties are in agreement, that the dismissal shall be without prejudice, that Plaintiff will be responsible for court costs, and that no party will seek discretionary costs, attorney's fees or expenses.

        Respectfully submitted,

        RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:      s/ Geoffrey A. Lindley
        GEOFFREY A. LINDLEY  (BPR # 021574)
        MATTHEW R. COURTNER   (BPR # 029113)
        DALE CONDER, JR. (BPR #015419)
        Attorneys for Defendant City of Jackson, TN
        209 East Main Street
        P.O. Box 1147
        Jackson, Tennessee  38302-1147
        (731) 423-2414
        glindley@raineykizer.com
        mcourtner@raineykizer.com
        dconder@raineykizer.com

2

                WEINMAN & ASSOCIATES

By:     s/ Michael L. Weinman
        MICHAEL L. WEINMAN (BPR # 015074)
        Attorneys for Plaintiff Randall L. Hampton
        209 East Main Street
        P.O. Box 266
        Jackson, Tennessee 38302
        (731) 423-5565
        mike@weinmanandassoc.com