IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **RANDALL L. HAMPTON,**<br><br>    Plaintiff,<br><br>**v.**<br><br>**CITY OF JACKSON, TENNESSEE,**<br><br>    Defendant. | **No. 1:11-cv-01386-JDB-egb**<br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties to this action have filed a Stipulation of Dismissal without Prejudice, noting Plaintiff Randall L. Hampton's desire to dismiss his case without prejudice and that Defendant City of Jackson, Tennessee, has no opposition.

**IT IS, THEREFORE, ORDERED**, that this matter is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(A)(ii).  Plaintiff will pay court costs and all parties will be responsible for their own attorney's fees and expenses.

This the 9th day of November, 2012.

s/ J. Daniel Breen
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE
