# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

**RANDALL L. HAMPTON,**

Plaintiff,

                                      CASE NUMBER: 1:11-cv-1386-JDB-egb

v.

**CITY OF JACKSON, TENNESSEE,**

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order and Stipulation entered in the above-styled matter on 11/9/2012, this case is hereby dismissed without prejudice. The Plaintiff, Randall L. Hampton, will be responsible for court costs and all parties will be responsible for their own attorney's fees and expenses.

**APPROVED:**

                                                s/J. Daniel Breen
                                                **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**